[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 23, 2011
JOHN LEY
CLERK

No. 10-12673
Non-Argument Calendar
_____

D.C. Docket No. 4:09-cr-00070-RH-WCS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC JEROME REESE, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(February 23, 2011)

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Richard A. Greenberg, appointed counsel for Eric Jerome Reese, Jr. in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reese's convictions and sentences are **AFFIRMED**.